Matter of Attorneys in Violation of Judiciary Law § 468-a (Addo-Atuah) (2019 NY Slip Op 08915)

Matter of Attorneys in Violation of Judiciary Law 468-a (Addo-Atuah)

2019 NY Slip Op 08915

Decided on December 12, 2019

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 12, 2019

PM-229-19

[*1]In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Ewurafua Addo-Atuah, Respondent. (Attorney Registration No. 4849477.)

Calendar Date: November 25, 2019

Before: Egan Jr., J.P., Lynch, Devine, Pritzker and Colangelo, JJ., concur.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.
Ewurafua Addo-Atuah, Accra, Ghana, respondent pro se.

Motion by respondent for an order reinstating her to the practice of law following her suspension by May 2019 order of this Court (Matter of Attorneys in Violation of Judiciary Law § 468-a, 172 AD3d 1706, 1708 [2019]; see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.16; Rules of App Div, 3d Dept [22 NYCRR] § 806.16).
Upon reading respondent's notice of motion and affidavit with exhibits sworn to October 14, 2019, and upon reading the November 21, 2019 responsive correspondence from the Attorney Grievance Committee for the Third Judicial Department, and having determined, by clear and convincing evidence, that (1) respondent has complied with the order of suspension and the Rules of this Court, (2) respondent has the requisite character and fitness to practice law, and (3) it would be in the public interest to reinstate respondent to the practice of law (see Matter of Attorneys in Violation of Judiciary Law § 468-a [Zerdan], 173 AD3d 1602, 1603 [2019]; Matter of Attorneys in Violation of Judiciary Law § 468-a [Serbinowski], 164 AD3d 1049, 1051 [2018]), it is
ORDERED that respondent's motion for reinstatement is granted; and it is further
ORDERED that respondent is reinstated as an attorney and counselor-at-law, effectively immediately.
Egan Jr., J.P., Lynch, Devine, Pritzker and Colangelo, JJ., concur.